UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEVEN BUTLER,

    Plaintiff,

v.                                            Case No: 5:25-cv-1-MMH-PRL

MARION COUNTY SHERIFF'S
OFFICE, A. PERRY, SANTANA,
PETER MATTHEW, WILLIAM M.
GLADSON and ELIZABETH WHITE,

    Defendants.
_____

**ORDER**

    This matter is before the Court on Plaintiff's motion to redact or protect his personal home address from public access in this case. (Doc. 4). All parties—including those who are proceeding *pro se*—are required to keep the clerk's office informed of their current mailing address. To that end, Plaintiff provided his personal home address. Citing to Rule 5.2(e), Fed.R.Civ.P, Plaintiff asks the Court to redact his personal home address from publicly accessible court records and to permit him to use an alternative address for future filings.

    Rule 5.2(e) allows the Court for good cause to "require redaction of additional information." Here, Plaintiff simply states that public access to his home address "poses a risk of harassment or unwarranted intrusion" and that his participation in the litigation "should not subject him to potential threats or harm resulting from the disclosure of personal identifying information." These conclusory statements are insufficient to show the requisite good cause, and thus, Plaintiff's motion for redaction is due to be denied. However, going

forward, Plaintiff is free to provide the Court with another mailing address—such as a P.O. Box—so long as he receives mail there.

**DONE** and **ORDERED** in Ocala, Florida on January 15, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties